# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FRANCINE JENKINS,** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-4078-JAR |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Donald W. Bostwick, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the March 30, 2009 Report and Recommendation (Doc. 15).

**IT IS SO ORDERED**.

**Dated: April 14, 2009**

                                              S/ Julie A. Robinson
                                              **JULIE A. ROBINSON**
                                              **UNITED STATES DISTRICT JUDGE**